[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13694
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 6, 2011
JOHN LEY
CLERK

D. C. Docket No. 08-02004-CV-TWT-1

SHERWIN PERKINS,

Petitioner-Appellant,

versus

THOMAS AMMONS,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(May 6, 2011)

**ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES**

Before TJOFLAT and WILSON, Circuit Judges.[*]

PER CURIAM:

The United States Supreme Court granted petitioner's petition for a writ of certiorari, vacated our judgment in <u>Perkins v. Ammons</u>, 366 Fed. Appx. 86 (11th Cir. 2010), and remanded the case "for further consideration in light of <u>Holland v. Florida</u>, 560 U.S. __ [,130 S. Ct. 2549, 177 L. Ed.2d 130 (2010)." <u>Perkins v. Ammons</u>, 131 S. Ct. 567, 178 L. Ed.2d 412 (2010). We therefore remand the case to the district court for fact finding and further proceedings including an evidentiary hearing, if it is necessary.

REMANDED.

---

[*]This order is being entered by a quorum pursuant to 28 U.S.C. Section 46(d) due to Judge Birch's retirement on August 29, 2010.

2